to the Court of Customs and Patent Appeals denied. *Mr. Edward P. Sharrette* for petitioners. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.

No. 184. MOFFAT TUNNEL IMPROVEMENT DISTRICT ET AL. *v.* BOYNTON ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Erskine R. Myer* and *Norton Montgomery* for petitioners. *Messrs. John A. Garver, Porter R. Chandler, Gerald Hughes, James M. Ogden, Clayton C. Dorsey,* and *John W. Davis* for respondents.

No. 185. MISSOURI-KANSAS-TEXAS R. Co. *v.* DEMARAY, ADMINISTRATRIX. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Joseph M. Bryson, Carl S. Hoffman,* and *Charles S. Burg* for petitioner. *Mr. William S. Hogsett* for respondent.

No. 186. NEWTOWN CREEK TOWING Co. *v.* BALDWIN. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward Ash* for petitioner. *Messrs. William F. Purdy* and *Edmund F. Lamb* for respondent.

No. 187. HALSEY ET AL. *v.* WINANT ET AL. October 10, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Carroll G. Walter* for petitioners. *Mr. Martin Conboy* for respondents.

No. 188. AMERICAN AUTOMOBILE INSURANCE CO. *v.* BENEDETTO ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Conover English* for petitioner. *Mr. Frank G. Turner* for respondents.

No. 189. MARSHALL *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas O. Marlar* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John MacC. Hudson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 190. SPURWAY, RECEIVER, *v.* LEHMAN, SHERIFF. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. A. Coulter Wells* and *Charles R. Pierce* for petitioner. No appearance for respondent.

No. 193. NEW YORK TRAP ROCK CORP. *v.* LONG ISLAND R. CO. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick W. Park* for petitioner. *Messrs. Chauncey I. Clark* and *Frederic Conger* for respondents.

No. 195. ATCHISON, TOPEKA & SANTA FE RY. CO. *v.* MORAN, ADMINISTRATRIX. October 10, 1932. Petition for